■ KEITH BENJAMIN et al., Respondents, v SODUS COLD STORAGE COMPANY, Defendant, and HALLENBECK-RITZ, INC., et al., Appellants. (Appeal No. 2.)—Order unanimously reversed on the law without costs, motion granted and complaint dismissed, in accordance with same memorandum as in *Benjamin v Sodus Cold Stor. Co.* ([appeal No. 1] 149 AD2d 937). (Appeal from order of Supreme Court, Wayne County, Curran,

J.—partial summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.